LAURA E. DUFFY
United States Attorney
SHANE P. HARRIGAN
Assistant U.S. Attorney
California Bar No. 115757
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-6981 /Fax: (619) 546-0831
shane.harrigan@usdoj.gov

Attorneys for the United States

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KOORUSH TAHERKHANI (1)<br>   aka Koorush Taher Khani,<br>TIG MARINE<br>   ENGINEERING SERVICES (2),<br><br>Defendants. | Case No.: 13CR4228-DMS<br><br>**ORDER AND JUDGMENT** |

Upon application of the United States Attorney, and good cause appearing therefrom, IT IS HEREBY ORDERED that the superseding indictment in the above-captioned case against defendants KOORUSH TAHERKHANI AND TIG MARINE ENGINEERING SERVICES, be dismissed without prejudice.

DATED: January 21, 2016

Hon. Dana M. Sabraw
United States District Court Judge